Opinion issued July 11, 2013



In The

# Court of Appeals
### For The
# First District of Texas

_____

## NO. 01-13-00313-CV
_____

## ARTIS CHARLES HARRELL, Appellant

## V.

## BRANCH BRINSON, SALON PARK DAIRY ASHFORD, L.L.C. a/k/a S.P. DAIRY ASHFORD, L.L.C., AND BRINSON MANAGEMENT CORPORATION, Appellees

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-02867**

---

## MEMORANDUM OPINION

Appellant, Artis Charles Harrell, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1;

*see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5; 42.3(c).

We dismiss the appeal for nonpayment of all required fees.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Brown, and Huddle.